AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___California___ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>CV10 7079 | DATE FILED | U.S. DISTRICT COURT<br>California |
|---|---|---|
| PLAINTIFF<br>SOLID 21, INC., a Nevada Corporation headquartered in Los Angeles, California, | | DEFENDANT<br>LVMH MOET HENNESSY LOUIS VUITTON, S.A., a French corporation, et al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2793987 | 12/16/2003 | SOLID 21, INC. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

FILED
CLERK, U.S. DISTRICT COURT
DEC 22 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |  |  |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

# ATTACHMENT

## (REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING PATENT OR TRADEMARK)

| Plaintiff | Defendants |
|---|---|
| **SOLID 21, INC.**, a Nevada Corporation headquartered in Los Angeles, California, | **LVMH MOET HENNESSY LOUIS VUITTON, S.A.**, a French corporation;<br><br>**LVMH MOET HENNESSY LOUIS VUITTON, INC.**, a Delaware corporation;<br><br>**LVMH WATCH & JEWELRY USA, INC.**, a Delaware corporation;<br><br>**ULYSSE NARDIN, SA**, a Swiss corporation;<br><br>**ULYSSE NARDIN, USA INC.** a Florida corporation;<br><br>**COMPAGNIE FINANCIERE RICHEMONT, S.A.**, a Swiss corporation;<br><br>**RICHEMONT NORTH AMERICA, INC.**, a Delaware corporation;<br><br>**THE SWATCH GROUP LTD.**, a Swiss corporation;<br><br>**THE SWATCH GROUP (U.S.) INC.**, a Delaware corporation;<br><br>**GROUPE FRANCK MULLER WATCHLAND S.A.**, a Swiss corporation;<br><br>**FRANCK MULLER USA, INC.**, a New York corporation;<br><br>**ROLEX SA**, a Swiss Corporation;<br><br>**ROLEX WATCH U.S.A., INC.**, a New York corporation; |

|  | **CHOPARD & CIE S.A.**, A Swiss corporation; |
|---|---|
|  | **CHOPARD USA LTD.**, a New York corporation; |
|  | **MONTRES CORUM SÀRL**, a Swiss corporation; |
|  | **MONTRES CORUM USA, LLC**, a Delaware limited liability company; |
|  | **BREITLING SA**, a Swiss corporation; |
|  | **BREITLING USA, INC.**, a Connecticut corporation; |
|  | **MAKUR DESIGN, INC.**, a New York corporation; |
|  | **GRAHAM-LONDON**, a British Corporation based in Switzerland; |
|  | **KOBOLD WATCH COMPANY LLC**, a Pennsylvania limited liability company; |
|  | **PIERRE KUNZ GENEVE**, a Swiss corporation; |
|  | **PIERRE KUNZ USA INC.**, a New York corporation; |
|  | **MGI LUXURY GROUP SA**, a Swiss corporation; |
|  | **MOVADO RETAIL GROUP, INC.**, a New Jersey Corporation; |
|  | **BULGARI S.p.A.**, an Italian Corporation; |
|  | **BULGARI CORPORATION OF AMERICA**, a New York corporation; |
|  | and DOES 1-200, inclusive, |