UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-7079-SVW-AGRx | Date | January 10, 2011 |
|---|---|---|---|
| Title | Solid 21, Inc. v. LVMH et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| George E. Akow | Robert M. Linn |
| Ophir J. Bitton | Michael R. Heimbold |

**Proceedings:**   NEW CASE STATUS CONFERENCE

Status conference held. The Court sets the following dates:

Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 4, 2011 at 3:00 p.m.
Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 12, 2011 at 9:00 a.m.

The Court dismisses the case, without prejudice, as to all defendants except for Kobold Watch Company LLC.

|  | : | 15 |
|---|---|---|
| Initials of Preparer | | PMC |