GEORGE E. AKWO (State Bar #164670)
Law Offices Of George E. Akwo
12080 Ventura Place
Suite D
Studio City, CA 91604
Telephone: (310) 435-9406
Facsimile: (310) 496-2458
Email: george@akwolaw.com

OPHIR J. BITTON (State Bar #204310)
Bitton & Associates
12080 Ventura Place
Suite D
Studio City, CA 91604
Telephone: (818) 524-1223
Facsimile: (818) 524-1224
Email: ophir@bittonlaw.com

Attorneys for Plaintiff
SOLID 21 INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLID 21, INC., a Nevada Corporation headquartered in Los Angeles, California,<br><br>Plaintiff,<br><br>vs.<br><br>LVMH MOET HENNESSY LOUIS VUITTON, S.A., a French corporation; LVMH MOET HENNESSY LOUIS VUITTON, INC., a Delaware corporation; LVMH WATCH & JEWELRY USA, INC., a Delaware corporation; ULYSSE NARDIN, SA, a Swiss corporation; ULYSSE NARDIN, USA INC. a Florida corporation; COMPAGNIE FINANCIERE RICHEMONT, S.A., a Swiss corporation; RICHEMONT NORTH AMERICA, INC., a Delaware corporation; THE SWATCH GROUP LTD., a Swiss corporation; THE SWATCH GROUP (U.S.) INC., a Delaware corporation; GROUPE FRANCK MULLER WATCHLAND S.A., a Swiss corporation; FRANCK MULLER USA, INC., a New York corporation; ROLEX SA, a Swiss Corporation; ROLEX WATCH U.S.A., INC., | CASE NO: CV10 7079 SVW (AGRx)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT KOBOLD TRADING COMPANY, LLC** |

| | |
|---|---|
| a New York corporation; CHOPARD & CIE S.A., A Swiss corporation; CHOPARD USA LTD., a New York corporation; MONTRES CORUM SÀRL, a Swiss corporation; MONTRES CORUM USA, LLC, a Delaware limited liability company; BREITLING SA, a Swiss corporation; BREITLING USA, INC., a Connecticut corporation; MAKUR DESIGN, INC., a New York corporation; GRAHAM-LONDON, a British Corporation based in Switzerland; KOBOLD TRADING COMPANY, LLC, a Pennsylvania limited liability company; PIERRE KUNZ GENEVE, a Swiss corporation; PIERRE KUNZ USA INC., a New York corporation; MGI LUXURY GROUP SA, a Swiss corporation; MOVADO RETAIL GROUP, INC., a New Jersey Corporation; BULGARI S.p.A., an Italian Corporation; BULGARI CORPORATION OF AMERICA, a New York corporation; and DOES 1-200, inclusive, <br><br> DEFENDANTS. . | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that PLAINTIFF SOLID 21, INC. ("Plaintiff") and the sole remaining defendant in this lawsuit, KOBOLD TRADING COMPANY, LLC, have agreed to settle all claims. Counsel is in the process of preparing settlement documents, and anticipates dismissing the case within three (3) weeks.

Dated: March 24, 2011                                         RESPECTFULLY SUBMITTED:

                                                              BITTON & ASSOCIATES

                                                              /s/ Ophir J. Bitton
                                                              OPHIR J. BITTON
                                                              Attorneys for Plaintiff SOLID 21, INC.

Notice of Settlement                                          2

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 12080 Ventura Place, Suite D, Studio City, CA 91604.

On March 24, 2011, I served the document described **NOTICE OF SETTLEMENT WITH DEFENDANT KOBOLD TRADING COMPANY, LLC**, upon the interested parties in this action as follows:

COHEN & GRIGSBY, P.C.
Robert M. Linn, Esq.
rlinn@cohenlaw.com
625 Liberty Ave.
Pittsburgh, PA 15222-3152

X   (BY ELECTRONIC TRANSFER) I caused all of the pages of the above-entitled document(s) to be uploaded to the U.S. District Court "CM/ECF" System to be sent to the recipients listed herein via electronic transfer (EMAIL) at the respective EMAIL addresses indicated herein. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 24, 2011, at Studio City, California.

REGINA GABUYO