1  Robert M. Linn (State Bar # 190387)
   rlinn@cohenlaw.com
2  COHEN & GRIGSBY, P.C.
   625 Liberty Avenue
3  Pittsburgh, PA 15222-3152
   Phone: (412) 297-4900
4  Fax: (412) 209-0672

5  Attorneys for Defendant
   Kobold Trading Company, LLC
6

7

8

9          UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF CALIFORNIA
10

11 Solid 21, Inc.                      )    CASE NO. 2:10-cv-07079-SVW-
                                       )    AGR
12           Plaintiff,                )
                                       )
13                                     )
        vs.                            )    **STIPULATION OF DISMISSAL
14                                     )    WITH PREJUDICE**
                                       )
15 LVMH Moet Hennessy Louis Vuitton,   )
   S.A., et al.,                       )
16                                     )
                                       )
17                                     )
           Defendants.                 )
18                                     )

19      **STIPULATION OF DISMISSAL WITH PREJUDICE**
20
         Plaintiff Solid 21, Inc. ("Solid 21") and Defendant Kobold Trading
21
   Company, LLC ("Kobold"), by and through their respective counsel, stipulate and
22
   agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c), this
23
   action – including the First Amended Complaint filed by Solid 21 and the
24
   Counterclaim filed by Kobold – is dismissed in its entirety with prejudice, with
25
   each party to bear its own costs and attorneys' fees.
26

27

28                              1

1643159_1.DOC        STIPULATION OF DISMISSAL WITH PREJUDICE

1

*/s/ George E. Akwo*
George E. Akwo (State Bar # 164670)
Law Offices of George E. Akwo
12080 Ventura Place, Suite D
Studio City, CA 91604
Phone: (310) 435-9406
Fax: (310) 496-2458
george@akwolaw.com

Ophir J. Bitton (State Bar # 204310)
Bitton & Associates
12080 Ventura Place, Suite D
Studio City, CA 91604
Phone: (818) 524-1223
Fax: (818) 524-1224
ophir@bittonlaw.com

*Attorneys for Plaintiff Solid 21, Inc.*

Dated:  April 18, 2011

*/s/ Robert M. Linn*
Robert M. Linn (State Bar # 190387)
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152
Phone: (412) 297-4900
Fax: (412) 209-0672
rlinn@cohenlaw.com

*Attorneys for Defendant*
*Kobold Trading Company, LLC*

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1643159_1.DOC          STIPULATION OF DISMISSAL WITH PREJUDICE

1

## **CERTIFICATE OF SERVICE**

2       I hereby certify that on the 18th day of April 2011, the foregoing

3   STIPULATION OF DISMISSAL WITH PREJUDICE was filed with the Court

4
5   electronically.  Notice of this filing will be sent to all parties by operation of the

6   Court's electronic filing system.  Parties may access this filing through the Court's

7   system.

8

9

10                                              */s/ Robert M. Linn*_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28